UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMOTHY M. STRAIN

VERSUS

UNITED STATES OF AMERICA,
ET AL

CIVIL ACTION

NO. 08-05-A

**CONSOLIDATED WITH**

TIMOTHY M. STRAIN

VERSUS

IN REM: ALLEGED TAX LIEN
FILER: INTERNAL REVENUE
SERVICE, ET AL

CIVIL ACTION

NO. 08-130-A

## ORDER
## OF DISMISSAL

Considering the Plaintiff's Notice of Dismissal regarding Civil Action No. 08-130-A (doc. 11) pursuant to the Federal Rules of Civil Procedure 41 (a)1 and the Notice of No Opposition filed by the government (doc. 14);

IT IS ORDERED, ADJUDGED, AND DECREED that **Civil Action No. 08-130-A, Timothy M. Strain vs. In Rem: Alleged Tax Lien**, is hereby **dismissed**.

Baton Rouge, Louisiana, March 31, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA